**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GS HOLISTIC, LLC**

***Plaintiff,***

**v.**

**SMOKERS ALLEY, INC,**
**SMOKERS ALLEY GALLERY LLC, and**
**RONNIE MOUSSA,**

***Defendants.***

**Case No. 2:24-cv-12076**
**Hon. Linda V. Parker**

**ORDER**

Having reviewed and considered Defendants SMOKERS ALLEY, INC, SMOKERS ALLEY GALLERY LLC, and RONNIE MOUSSA's consent motion to extend time for Defendants to answer or otherwise respond to Plaintiff GS HOLISTIC, LLC's Complaint, the Court hereby grants the extension up to and including November 22, 2024.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 1, 2024