**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GS HOLISTIC, LLC,

Plaintiff

v.

Case No: 2:24-cv-12076
Hon: Linda V. Parker

SMOKERS ALLEY, INC,
SMOKERS ALLEY GALLERY LLC, and
RONNIE MOUSSA,

Defendants.

---

**THE TICKTIN LAW GROUP**
David L. Perry II
Florida Bar # 1045902
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
DPerry@LegalBrains.com
Serv608@LegalBrains.com
Telephone: 561-232-2222

**BORJA, BERNIER & ASSOCIATES PLLC**
Joel A. Bernier (P74226)
49139 Schoenherr Rd.
Shelby Township, MI 48315
(586) 991-7611

*Attorneys for the Plaintiff*

**L.A. Law, PLLC**
Lina Asmar (P82034)
24681 Northwestern Hwy, Suite 4007
Southfield, Michigan 48075
Phone: (248) 996-0494
Lasmar@lalawusa.com

*Attorney for Defendants*

---

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rule 7.1(a)(a) Defendants Smokers Alley, Inc, Smokers Alley Gallery LLC, and Ronnie Moussa, and Plaintiff

GS Holistic, LLC jointly move this Court and stipulate to extend the time for all defendants to answer or otherwise respond to Plaintiff's Complaint up to and including, **March 6, 2025**.

**So stipulated and agreed**:

**THE TICKTIN LAW GROUP**

By: /s/ David L. Perry [*with consent*]

David L. Perry
Florida Bar # 1045902
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
DPerry@LegalBrains.com
Serv608@LegalBrains.com
Telephone: 561-232-2222

**L.A. LAW, PLLC**

By: /s/ Lina Asmar

Lina A. Asmar (P82034)
24681 Northwestern Hwy, Suite 4007
Southfield, Michigan 48075
Phone: (248) 996-0494
Lasmar@lalawusa.com

***Attorney for Defendants***

**BORJA, BERNIER & ASSOCIATES PLLC**

Joel A. Bernier (P74226)
49139 Schoenherr Rd.
Shelby Township, MI 48315
(586) 991-7611

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GS HOLISTIC, LLC**

***Plaintiff,***

**v.**

**SMOKERS ALLEY, INC,**
**SMOKERS ALLEY GALLERY LLC, and**
**RONNIE MOUSSA,**

***Defendants.***

**Case No. 2:24-cv-12076**
**Hon. Linda V. Parker**

# ORDER

This matter is before the Court on the stipulation of Plaintiffs, GS Holistic, LLC and Defendants, Smokers Alley, Inc, Smokers Alley Gallery LLC, and Ronnie Moussa. The Court is otherwise fully informed in the premises:

**NOW THEREFORE**;

**IT IS HEREBY ORDERED** that Defendants, Smokers Alley, Inc, Smokers Alley Gallery LLC, and Ronnie Moussa shall have up to and include March 6, 2025,

to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 28, 2025