IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GS HOLISTIC, LLC,

Case No: 2:24-cv-12076-LVP-APP

Plaintiff,

v.

Smokers Alley Inc., *et al.*,

Defendants.
________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Smokers Alley Inc, Smokers Alley Gallery LLC, and Ronnie Moussa, (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 26, 2026

Respectfully submitted,

Dated: February 25, 2026

FOR PLAINTIFF

By: /s/ Eddy Leal

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

FOR DEFENDANTS

/s/ Lina Asmar

L.A. Law PLLC
Lina Asmar (P82034)
24681 Northwestern Hwy, Suite 4007
Southfield, Michigan 48075
t: 248-996-0494
lasmar@lalawusa.com